IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

| | |
|---|---|
| VIOLET HOUSER, individually, ) <br> and as surviving next of kin to ) <br> LOWELL TYLER AMBS, ) <br>    ) <br>    Plaintiffs, ) <br>    ) <br> v. ) <br>    ) <br>    ) <br> JACKSON COUNTY, ) <br> and ) <br> OVERTON COUNTY, ) <br>    ) <br>    Defendants. ) | Case No.: |

## NOTICE OF REMOVAL

Defendants Jackson County and Overton County, by and through counsel, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, state the following:

1. These Defendants appear, for the purpose of exercising their right under the provisions of Title 28 U.S.C. § 1441, *et seq.*, to remove the action styled *Violet Houser, individually, and as surviving next of kin to Lowell Tyler Ambs v. Jackson County and Overton County*, Case No. 2023-CV-27, from the Circuit Court for Jackson County, Tennessee, where such action is now pending, to this Court.

2. In his complaint, Plaintiff specifically alleges violations of the 8th Amendment constitutional right pursuant to 42 U.S.C 28 §1983. (**Exhibit A**, Complaint, ¶ X). Specifically, Plaintiff alleges that the Defendants were deliberately indifferent to a substantial risk of serious bodily harm and ignored such risk with regard

to Mr. Ambs. *Id.* Additionally, Plaintiff alleges state law claims of negligence and loss of consortium pursuant to the GTLA. *Id.* at ¶ XI.

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343 because Plaintiff asserts violations of rights arising under 42 U.S.C. § 1983 and conferred by the U.S. Constitution. This Court further has supplemental jurisdiction over the state law claims set forth in the Complaint pursuant to 28 U.S.C. § 1367, as both state and federal claims are based on facts arising out of and related Plaintiff's incarceration within the Jackson County Jail and his interaction with a detective from the Overton County Sheriff's Department.

6. Under the provisions of 28 U.S.C. § 1441, the right exists to remove this action from the Circuit Court of Jackson County, Tennessee, to the United States District Court for the Middle District of Tennessee, which embraces the place where this action is pending.

7. These Defendants expressly reserve the right to raise all defenses and objections to this action after the action has been removed to this Court.

8. Pursuant to 28 U.S.C. § 1446(b), this Petition for Removal has been filed within thirty (30) days after suit was filed and thus also within thirty days of receipt by these Defendants of a copy of the initial pleading setting forth the claim for relief upon which this action is based.

9. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants who have been properly joined and served join in the removal of this action. *See Chambers v. HSBC Bank USA, N.A.*, 796 F.3d 560, 564 (6th Cir. 2015); *Farnsworth v. Nationstar Mortg., LLC*, 569 F.App'x 421, 425 (6th Cir. 2014) ("Because Nationstar was the only defendant

who had been 'served or otherwise properly joined,' . . . it was not required to have the other unknown and improperly served defendants join or file consent.").

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Petition for Removal is being filed with the Clerk of the Circuit Court for Jackson County, Tennessee.

11. These Defendants reserve the right to amend or supplement this petition for removal.

WHEREFORE, these Defendants hereby remove the above-identified action now pending against them in the Circuit Court for Jackson County, Tennessee, to this Court.

Respectfully submitted,

*/s/ Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
**FARRAR | BATES | BEREXA**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37207
Phone: 615-254-3060
Fax: 615-254-9835
rwilliams@fbb.law
*Counsel for Jackson County and Overton County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 27th day of November, 2023, a true and correct copy of the foregoing has been forwarded via the U.S. District Court's electronic notification system, to:

G. Jeff Cherry, BPR # 021421
Lowery, Lowery & Cherry
Lowery Building
150 Public Square
Lebanon, TN 37087
Phone: 615-444-7222
Fax: 615-444-7296
Jcherry@lowerylaw.com

*/s/ Robyn Beale Williams*
Robyn Beale Williams