UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| VIOLET HOUSER, individually and as surviving next of kin to Lowell Tyler Ambs, | ) ) ) ) |
| Plaintiff, | ) ) NO. 2:23-cv-00069 |
| v. | ) ) ) |
| JACKSON COUNTY, and OVERTON COUNTY, | ) ) ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Stipulation of Dismissal (Doc. No. 11). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE